Geerte Frenken

Postbus 7024

9701 JA, Groningen

The Netherlands

info@freejasmijn.com

+31-631524956

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEERTE M. FRENKEN,<br><br>          Plaintiff,<br><br>vs.<br><br>The Trustees and Representatives of the Estate of DAVID J. HUNTER, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 17-cv-02667-EDL<br>JUDGE: HON. Elizabeth D. Laporte<br><br>**1. ADMINISRATIVE REQUEST FOR LEAVE TO STRIKE DOCKET #16 AND DOCKET #17**<br>**2. REQUEST FOR LEAVE TO PROCEED WITH SERVICE** |

Plaintiff, Geerte M. Frenken, hereby moves this Honorable Court for leave to;

    (1) Strike Docket #16 and Docket #17 from the CM/ECF filing system.

    (2) Proceed with Service of New Defendant Christopher Perry Hunter by the U.S.

1    Marshals (see attached Summons).

2 Plaintiff, Geerte M. Frenken hereby clarifies that Docket #15 is the Operative Complaint.

5 Respectfully Submitted,

6 Dated: May 31, 2017

7 <u>By Geerte Frenken, Plaintiff In Pro Per</u>