Geerte Frenken

Postbus 7024

9701 JA, Groningen

The Netherlands

info@freejasmijn.com

+31-631524956


Plaintiff, In Pro Per

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEERTE M. FRENKEN,

    Plaintiff,

vs.

The Trustees and Representatives of the Estate of DAVID J. HUNTER, and DOES 1 through 50, inclusive,

    Defendants.

Case No. 17-cv-02667-EDL
JUDGE: HON. Elizabeth D. Laporte

**[PROPOSED ORDER] LEAVE TO STRIKE DOCKET #16 AND #17, AND PROCEED WITH SERVICE**

Having considered the motion and finding that good cause exists, Plaintiff's GEERTE M. FRENKEN's Request for Leave to Strike Docket #16 and Docket #17 from the CM/ECF filing system, and Request to Proceed with Service of New Defendant Christopher Perry

[PROPOSED ORDER] LEAVE TO STRIKE DOCKET #16 AND #17, AND PROCEED WITH SERVICE
CASE NO.: 17-cv-02667-EDL     PAGE NO.    OF

1 ~~Hunter by the U.S. Marshals~~ is GRANTED.

2 **IT IS SO ORDERED.**

4 Date: June 2, 2017

7 [Judge's Signature] *Elijah D. Laporte*

10 [Judge's Name] Elizabeth D. Laporte

11 United States ~~District~~/Magistrate Judge