# EXHIBIT A

**From:** Twitter Support <support@twitter.com>
**Subject: Case# 32784099: Your report about @jasmijnisfree has been received.**
**Date:** 19 May 2016 at 03:00:22 GMT+2
**To:** "info@freejasmijn.com" <info@freejasmijn.com>

@FreeJasmijn

Hello,

Thank you for filing a report and bringing this to our attention. We take reports of harassment and abuse very seriously, and our support team is ready to assist you.

Before we can proceed, we need some additional information. **Please reply back to this email with answers to the following questions**:

- To the best of your knowledge, when did the harassing behavior from this user begin?
- Can you provide additional examples of possible harassing Tweets from this user? Please provide individual Tweet links (https://support.twitter.com/articles/80586)
- Are there any other accounts that are also participating in this behavior? Please provide specific usernames or individual Tweet links if possible (https://support.twitter.com/articles/80586).

Please note: Twitter can only address issues related to content posted on Twitter. If someone has posted this content on other websites, please contact those websites for assistance in removing the information.

For information about steps you can take that may help you control your Twitter experience, visit this article: https://support.twitter.com/articles/20170134.

Thanks,

Twitter

Reference #ref:00DA0000000K0A8.500G000000xtaBZ:ref
Help
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

**From:** Twitter Support <support@twitter.com>
**Subject: Case# 32784099: Your report about @jasmijnisfree has been received.**
**Date:** 24 May 2016 at 09:13:42 GMT+2
**To:** "info@freejasmijn.com" <info@freejasmijn.com>

@FreeJasmijn
Hello,

1

Thank you for letting us know about your issue. We've investigated the account and reported Tweets for violent threats and abusive behavior, and have found that it's currently not violating the Twitter Rules (https://twitter.com/rules).

If you feel that you're in physical danger based on the Tweets or the behavior of the account in question, we strongly encourage you to resolve the issue outside of Twitter. Take the time to contact law enforcement or other trusted individuals to determine if the threat is valid. To do this, you should consider taking the following steps:

- Document the interactions with print-outs or screenshots.
- Provide specific detail on the issue (other Tweets and/or users involved, number of instances this has happened and what was said).
- Determine if this is someone you know offline or if this is happening on other websites, such that you can assess the scope of the problem and take appropriate action.

Although you may feel differently about the outcome of the decision, you should still seek help if you truly feel that you're in danger. If you choose to reach out to law enforcement, we can work with them and provide the necessary information for their investigation of the issue. You can direct local law enforcement to this page for more information: https://support.twitter.com/articles/41949.

Thanks,

Twitter
Reference #ref:00DA0000000K0A8.500G000000xtaBZ:ref

Help
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Dear Twitter,

My name is Geerte Frenken, and I am a College Professor currently residing in The Netherlands. I hereby formally request that you remove the entire Twitter account @jasmijnisfree

The user of the account @jasmijnisfree; Mr. David Hunter, tweeted extremely hateful statements about me, his ex-wife, for a period more than 2 years. Your violation reporting system only allows me to flag a handful of tweets, however, the entire account was set up to smear my good reputation and the good reputation of other family members, from the start of the account in 2015, up until October, 2016.

Mr. Hunter, was psychotic due to brain cancer. He passed away on April 30, 2017 as a result of his illness. Due to this Twitter account our daughter has been abducted twice, her mental health is damaged and my career as a College Professor has been destroyed, resulting in legal fees, loss of income and PTSD.

2

There is a 1.5 million dollar Federal Defamation suit pending against Mr. Hunter and his estate, regarding this Twitter account, in The Northern District Court of California case# 17-cv-02667-EDL, with Magistrate Judge Elizabeth D. Laporte.

Today, there has also been a Defamation suit handled in Dutch Criminal Court regarding this Twitter account; case#2016268862. The Judges in The Netherlands have requested I contact your company directly and provide the Certification of Death of Mr. Hunter and request you to remove the entire account immediately, or, in the alternative, name your company as a Defendant in the pending Federal Defamation suit in the United States.

I trust that your company will take immediate action upon the receipt of this information and remove the Twitter account @jasmijnisfree.

If you need to see the Certification of Death, please contact me immediately via email so I can provide it.

A copy of this report, notifying you of my formal request for removal of the Twitter account @jasmijnisfree will be provided to Magistrate Judge Elizabeth D. Laporte.

Yours sincerely,

Geerte Frenken

+31631524956


On 30 May 2017, at 14:19, Twitter Support <support@twitter.com> wrote:

Hello,

Thank you for reporting this issue to us. Our goal is to create a safe environment for people to freely express themselves.

In order to conduct our investigation, we need more information from you. **Please reply to this email with answers to the following questions:**

- When did this person's harassing behavior begin?
- Are there any other accounts also participating in this behavior? Please provide specific usernames or Tweet links if possible, not screenshots of them (https://support.twitter.com/articles/80586).

In the meantime, here are some actions you can take to make your Twitter experience safer:

- Don't respond to this person — this may encourage their behavior.
- Use block (https://support.twitter.com/entries/117063), a feature that prevents this person from contacting you or seeing your content while logged into Twitter.

3

- Use mute (https://support.twitter.com/articles/20171399-muting-users-on-twitter), a tool that helps you tune out what this person is saying, without the person knowing you've done so.
- If you feel you're in immediate danger based on Tweets you received, we strongly encourage you to contact law enforcement. See more about how to best give law enforcement the information they need here: https://support.twitter.com/articles/41949.

You can learn more about how to stay safe on Twitter by visiting the Twitter Safety Center (https://about.twitter.com/safety).

Thank you again for reporting this issue to us. Reports like this help us identify issues, making your communities and Twitter better.

Twitter

Reference #ref:00DA0000000K0A8.5004A00001Daej0:ref
Help
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

**From:** Free Jasmijn <info@freejasmijn.com>
**Subject: Re: Case# 59569063: Your report about @jasmijnisfree has been received. [ref:00DA0000000K0A8.5004A00001Daej0:ref]**
**Date:** 30 May 2017 at 23:48:07 GMT+2
**To:** Twitter Support <support@twitter.com>

Dear support team at Twitter,
David Hunter has been harassing me via the Twitter account @jasmijnisfree from August 16, 2015.

I am not aware of any other Twitter accounts he used for the specific purpose of harassing me.

I have provided you with information from The Criminal Court in Leeuwarden, The Netherlands. In my notification to you I provided the following information to alert you that he has passed away (certification attached) in order for your company to remove the account @jasmijnisfree:

*My name is Geerte Frenken, and I am a College Professor currently residing in The Netherlands. I hereby formally request that you remove the entire Twitter account @jasmijnisfree*

*The user of the account @jasmijnisfree; Mr. David Hunter, tweeted extremely hateful statements about me, his ex-wife, for a period more than 2 years. Your violation reporting system only allows me to flag a handful of tweets, however, the entire account was set up to smear my good reputation and the good reputation of other family members, from the start of the account in 2015, up until October, 2016.*

*Mr. Hunter, was psychotic due to brain cancer. He passed away on April 30, 2017 as a result of his illness. Due to this Twitter account our daughter has been abducted twice, her mental health is damaged and my career as a College Professor has been destroyed, resulting in legal fees, loss of income and PTSD.*

*There is a 1.5 million dollar Federal Defamation suit pending against Mr. Hunter and his estate, regarding this Twitter account, in The Northern District Court of California case# 17-cv-02667-EDL, with Magistrate Judge Elizabeth D. Laporte.*

4

*Today, there has also been a Defamation suit handled in Dutch Criminal Court regarding this Twitter account; case#2016268862. The Judges in The Netherlands have requested I contact your company directly and provide the Certification of Death of Mr. Hunter and request you to remove the entire account immediately, or, in the alternative, name your company as a Defendant in the pending Federal Defamation suit in the United States.*

*I trust that your company will take immediate action upon the receipt of this information and remove the Twitter account @jasmijnisfree.*

*If you need to see the Certification of Death, please contact me immediately via email so I can provide it.*

*A copy of this report, notifying you of my formal request for removal of the Twitter account @jasmijnisfree will be provided to Magistrate Judge Elizabeth D. Laporte.*

*Yours sincerely,*

*Geerte Frenken*

*+31631524956*

**From:** "support@twitter.com" <support@twitter.com>
**Subject: Case# 59569063: Your report about @jasmijnisfree has been received. [ ref:_00DA0K0A8._5004A1Daej0:ref ]**
**Date:** 30 May 2017 at 23:57:58 GMT+2
**To:** "info@freejasmijn.com" <info@freejasmijn.com>

Hello,

Thank you for reporting this issue to us. Our goal is to create a safe environment for everyone on Twitter to express themselves freely.

**We reviewed your report carefully and found that there was no violation of Twitter's Rules regarding abusive behavior** (https://twitter.com/rules).

However, if this person has Tweeted additional content toward you that you find abusive after you filed this original report, or if there's additional context you think we need to know about regarding this situation — please reply to this email and provide us with further details, including links to any additional Tweets.

In the meantime, here are some actions you can take to make your Twitter experience safer:

- Don't respond to this person — this may encourage their behavior.
- Use block (https://support.twitter.com/entries/117063), a feature that prevents this person from contacting you or seeing your content while logged into Twitter.
- Use mute (https://support.twitter.com/articles/20171399-muting-users-on-twitter), a tool that helps you tune out what this person is saying, without the person knowing you've muted them.
- If you think you're in immediate danger based on the Tweets you've received, we strongly encourage you to contact law enforcement. Take a look at this

5

resource for how to give law enforcement the information they need: https://support.twitter.com/articles/41949.

You can learn more about how to stay safe on Twitter by visiting the Twitter Safety Center (https://about.twitter.com/safety).

Thank you again for reporting this issue to us. Reports like this help us identify issues, making your communities and Twitter better.

Twitter

Help
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103