RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
THE IDELL FIRM
A Professional Corporation
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: richard.idell@idellfirm.com
ory.sandel@idellfirm.com

*Attorneys for Defendant Amy Hunter*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTE M. FRENKEN,<br><br>Plaintiff,<br><br>v.<br><br>The Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; CHRISTOPHER PERRY HUNTER, JODY DUFUR HUNTER, AMY HUNTER, as individuals and in their capacities as Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; TWITTER, INC. and DOES 4 through 50, inclusive<br><br>Defendants. | CASE NO. CV 17 02667 (HSG)<br><br>**STIPULATION TO EXTEND TIME OF RESPONSE OF DEFENDANT AMY HUNTER TO SECOND AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr., Presiding<br><br>(E-filing) |

Defendant Amy Hunter ("A. Hunter"), on the one hand, and Plaintiff, Geerte M. Frenken ("Plaintiff"), on the other hand, hereby stipulate as follows ("Stipulation")

1. Defendant A. Hunter was served with summons and the second amended complaint on November 1, 2017. Defendant's response would be due on November 22, 2017.

2. Defendant A. Hunter requested that Plaintiff grant Defendant A. Hunter an

extension of time of sixty (60) days to respond to the second amended complaint up to and including January 22, 2018.

3. Plaintiff is agreeable to the requested extension.

4. Accordingly, Plaintiff and Defendant A. Hunter stipulate that A. Hunter shall have to and including January 22, 2018 to file an answer or otherwise respond to the second amended complaint.

5. The Stipulation shall be filed with the Court and presented to the court for an order thereon.

IT IS SO STIPULATED.

DATED: November 15, 2017    THE IDELL FIRM, A PROFESSIONAL CORPORATION

By: _____
Richard J. Idell
Ory Sandel
*Attorneys for Defendant Amy Hunter*

DATED: November 15, 2017    GEERTE M. FRENKEN

By: _____
Geerte M. Frenken
*Plaintiff Pro Se*