1   RICHARD J. IDELL, ESQ. (SBN 069033)
2   ORY SANDEL, ESQ. (SBN 233204)
    THE IDELL FIRM
3   A Professional Corporation
    465 California Street, Suite 500
4   San Francisco, CA 94104
5   Telephone: (415) 986-2400
    Facsimile: (415) 392-9259
6   Email: richard.idell@idellfirm.com
            ory.sandel@idellfirm.com
7

8   *Attorneys for Defendant Amy Hunter*

9

                        **UNITED STATES DISTRICT COURT**
10
                      **NORTHERN DISTRICT OF CALIFORNIA**
11
                           **SAN FRANCISCO DIVISION**
12

13   GEERTE M. FRENKEN,                           CASE NO. CV 17 02667 (HSG)

14                   Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                                   STIPULATION TO EXTEND TIME OF
15           v.                                    RESPONSE OF DEFENDANT AMY
                                                   HUNTER TO SECOND AMENDED
16   The Executor, Fiduciary, Grantor, Guardian,  COMPLAINT**
     Trustees and Beneficiaries of the Estate of
17   DAVID JOHN HUNTER; CHRISTOPHER               Hon. Haywood S. Gilliam, Jr., Presiding
     PERRY HUNTER, JODY DUFUR HUNTER,
18   AMY HUNTER, as individuals and in their      (E-filing)
     capacities as Executor, Fiduciary, Grantor,
19   Guardian, Trustees and Beneficiaries of the
     Estate of DAVID JOHN HUNTER;
20   TWITTER, INC. and DOES 4 through 50,
     inclusive
21
22                   Defendants.

23

24       The Court, having been advised of the Stipulation of Amy Hunter and Plaintiff Geerte

25   M. Frenken makes the following order:

26       IT IS HEREBY ORDERED.

27       Defendant shall have an extension of time to file her response to the Second Amended

28   Complaint and shall file her answer or other response to Plaintiff's Second Amended Complaint

     [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME OF RESPONSE OF AMY HUNTER
                          TO SECOND AMENDED COMPLAINT

                                          1

1   on or before January 22, 2018.

2          SO ORDERED.

3

4   Dated: _____          _____

5                                            Hon. Haywood S. Gilliam, Jr.
                                             Judge of the United States District Court
6

7                              ** END OF ORDER **

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME OF RESPONSE OF AMY HUNTER
TO SECOND AMENDED COMPLAINT