RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
THE IDELL FIRM
A Professional Corporation
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: richard.idell@idellfirm.com
ory.sandel@idellfirm.com

*Attorneys for Defendant Amy Hunter*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTE M. FRENKEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; CHRISTOPHER PERRY HUNTER, JODY DUFUR HUNTER, AMY HUNTER, as individuals and in their capacities as Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; TWITTER, INC. and DOES 4 through 50, inclusive<br><br>　　　　Defendants. | CASE NO. CV 17 02667 (HSG)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME OF RESPONSE OF DEFENDANT AMY HUNTER TO SECOND AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr., Presiding<br><br>(E-filing) |

　　　The Court, having been advised of the Stipulation of Amy Hunter and Plaintiff Geerte M. Frenken makes the following order:

　　　IT IS HEREBY ORDERED.

　　　Defendant shall have an extension of time to file her response to the Second Amended Complaint and shall file her answer or other response to Plaintiff's Second Amended Complaint

on or before January 22, 2018.

SO ORDERED.

Dated: 11/21/2017

*Haywood S. Gilliam, Jr.* (signature)
Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court

** END OF ORDER **