RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
THE IDELL FIRM
A Professional Corporation
96 Jessie Street, Third Floor
San Francisco, CA 94105
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: richard.idell@idellfirm.com
ory.sandel@idellfirm.com

*Attorneys for Defendant Christopher Perry Hunter*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTE M. FRENKEN,<br><br>    Plaintiff,<br><br>  v.<br><br>The Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; CHRISTOPHER PERRY HUNTER, JODY DUFUR HUNTER, AMY HUNTER, as individuals and in their capacities as Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; TWITTER, INC.; and DOES 4 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV 17 02667 (HSG)<br><br>**ORDER DENYING EX PARTE ADMINISTRATIVE MOTION FOR EXTENSION OF TIME FOR DEFENDANT CHRISTOPHER PERRY HUNTER TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**[CIVIL L.R. 6-1, 6-3, 7-10, 7-11]**<br><br>Hon. Haywood S. Gilliam, Jr., Presiding<br><br>(E-filing) |

The Court, having considered the ex parte administrative motion of Defendant Christopher Perry Hunter ("Defendant" or "Christopher") for an order extending time for Defendant to answer or otherwise respond to the second amended complaint filed by Plaintiff, Geerte M. Frenken ("Plaintiff" or "Geerte"), by at least thirty (30) days, to and including March 1, 2018.

IT IS HEREBY ORDERED that Defendant's motion is DENIED.

IT IS SO ORDERED.

Dated: January 22, 2018

Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court

** END OF ORDER **