1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Attorneys for Defendant
   Twitter, Inc.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | GEERTE M. FRENKEN,                        | Case No. 17-CV-02667-HSG

13 |              Plaintiff,                    | **TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15**

14 |       v.

15 | The Executor, Fiduciary, Grantor,
   | Guardian, Trustees and Beneficiaries of the
16 | Estate of DAVID JOHN HUNTER;
   | CHRISTOPHER PERRY HUNTER,
17 | JODY DUFUR HUNTER, AMY
   | HUNTER, as individuals and in their          | Judge Haywood S. Gilliam, Jr.
18 | capacities as Executor, Fiduciary, Grantor,  | Courtroom: 2 - 4th Floor
   | Guardian, Trustees and Beneficiaries of the
19 | Estate of DAVID JOHN HUNTER;
   | TWITTER, INC. and DOES 4 through 50
20 | inclusive,

21 |              Defendants.

22

23

24

25

26

27

28

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twitter, Inc.

2    ("Twitter"), by its undersigned counsel, states as follows:

3    Twitter is a publicly held corporation.  Twitter does not have any parent corporation.  No

4    publicly held corporation owns 10 percent or more of Twitter's stock.

5    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than

6    the named parties, there is no such interest to report.

7    DATED:  January 22, 2018                    **PERKINS COIE LLP**

8

9                                                By: */s/ Julie E. Schwartz*
                                                     Julie E. Schwartz

10

11                                               *Attorneys for Defendant*
                                                 *Twitter, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28