Geerte Frenken
Postbus 7024
9701 JA, Groningen
The Netherlands
info@freejasmijn.com
+31-631524956

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GEERTE M. FRENKEN, | ) Case No. 17-cv-02667-HSG <br> ) <br> ) JUDGE: Hon. Haywood S. Gilliam, Jr. <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| vs. | ) <br> ) **ORDER GRANTING MOTION** <br> ) **FOR LEAVE FOR TELEPHONIC** |
| The Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; CHRISTOPHER PERRY HUNTER, JODY DUFUR HUNTER, AMY HUNTER, as individuals and in their capacities as Executor, Fiduciary, Grantor, Guardian, Trustees and Beneficiaries of the Estate of DAVID JOHN HUNTER; TWITTER, INC. and DOES 4 through 50, inclusive, | ) **APPEARANCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

Having considered the motion and finding that good cause exists, Plaintiff's GEERTE M. FRENKEN's Motion for Leave for Telephonic Appearance, is GRANTED. Ms. Frenken shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Date: March 28, 2018

_____
Haywood S. Gilliam, Jr.
United States District Judge