Geerte Frenken

Postbus 7024

9701 JA, Groningen

The Netherlands

info@freejasmijn.com

+31-631524956

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF CALIFORNIA
### *SAN FRANCISCO*

|  |  |
|---|---|
| GEERTE M. FRENKEN, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER PERRY HUNTER, in his capacity as Executor, Fiduciary, Grantor, Guardian, Trustee and Beneficiary of The Estate of David John Hunter, <br><br> Defendants. | Case No. 17-cv-02667-HSG <br> JUDGE: Judge Hon. Haywood S Gilliam, Jr. <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Having considered the motion and finding that good cause exists, Plaintiff's GEERTE M. FRENKEN's Ex Parte Administrative Motion for Extension of Time to Respond to Defendant's Motion to Dismiss by 30 days, is GRANTED.

1  Last day of filing is July 9, 2018.

2  **IT IS SO ORDERED.**

3

4

5     Date: May 25, 2018

6                              Hon. Judge Haywood S Gilliam, Jr.
                               United States District

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28