Geerte Frenken
Postbus 7024
9701 JA, Groningen
The Netherlands
info@freejasmijn.com
+31-631524956

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GEERTE M. FRENKEN,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PERRY HUNTER, in his capacity as Executor, Fiduciary, Grantor, Guardian, Trustee and Beneficiary of The Estate of David John Hunter,<br><br>                Defendant. | Case No. 17-cv-02667-HSG<br>JUDGE: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER FOR LEAVE FOR TELEPHONIC APPEARANCE** |

Having considered the motion and finding that good cause exists, Plaintiff GEERTE M. FRENKEN's Motion for Leave for Telephonic Appearance, is GRANTED. GEERTE M. FRENKEN shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

1 **IT IS SO ORDERED.**

Date: August 6, 2018

*Haywood S. Gilliam, Jr.*
United States District Judge

ORDER FOR LEAVE FOR TELEPHONIC APPEARANCE
CASE NO.: 17-cv-02667-HSG